-1-

6/28/2004

RE: FAX OUT D.MASS,BOSTON LAWYERS
CHRIS LAVERY & ATTORNEY NICOLE
M.INGLESE,ESQ J.D. FAX NUMBER
617-523-2400 & PHONE CALL UP
617-523-1500 & MOM,s M.G.MADISON
609-871-1333 CHURCH DEACON

VERY HONORABLE U.S.JUDGE NANCY
GERTNER #617-748-4844 & ATTORNEY
CHRIS LAVERY & ATTORNEY NICOLE M.
INGLESE DEFENSE LAWYER TEAM & U.S.
ATTORNEY & HONORABLE CLERK OF COURT
TONY ANASTAS 617-748-9152

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MINISTER ROBERT VINCENT GADSON,GOD
CHILD LAMB & LEGAL ADMINISTRATOR
PARA-LEGAL
     PLAINTIFF
          Vs.

U.S. PAROLE COMMISSION et al PAROLE
HQ COMMISSION C.E.O MICHEAL GAINES &
NATIONAL PAROLE APPEALS BOARD FULL
COMMISSIONERS & U.S.PAROLE HQ
COMMISSIONER SIMPSON & U.S.PAROLE HQ
COMMISSIONER EDWARD REILLY & U.S.
PAROLE HQ LAWYER MICHEAL A.STOVER,ESQ
J.D. #301-555-1212 & PAROLE BOARD
HEARING EXAIMERS MR. LYONS ET AL
DOCTOR THOMPSON M.D. & DR.FLECTCHER
M.D. & DR.SONNEGA Ph.D & WARDEN
DAVID L. WINN OF F.M.C.DEVENS,MASS
ET AL UNITED STATES

     RESPONDENTS

DOCKET NUMBER #
SUPPLY BY COURT CLERK

TITLE 28 USC 2241 HABEAS CORPUS WRIT
PETITION CURRENTLY BEFORE VERY
HONORABLE D.MASS, COURT NANCY GERTNER
FEDERAL CIVIL RIGHT JUDGE THAT UP HOLD
FEDERAL LAW IN MASSACHUSETTS

JURISDICTION OF COURT INVOKED
     28 USC 2241
      5 USC 706
     28 USC 1391
     28 USC 1332
     28 USC 1331

RELIEF SOUGHT HON.COURT PLEASE ISSUE A
IMMEDIATE SHOW CAUSE ORDER TO USPC HQ
AND WARDEN D.L. WINN,TO RECORD OFFICE
MANAGER MR. STEVE GAGNON,THAT I WILL BE
ORDERED DISCHARGE FROM CUSTODY IN NEXT
#20.00 DAYS IF RESPONDENTS DO NOT REPLY.

GREAT HABEAS CORPUS WRIT TITLE
28 USC 2241

The U.S. Parole HQ Staff and B.O.P Doctors Sonnega & Dr. Thompson & Doctor Flectcher have all lied on me. Number #1. I have no mental problem,its all a big lie. See U.S. Supreme Court Law Decision Judgment,UP HELD, in Estelle Vs. Smith 68 L.ED 2d 359 say M.D. Doctor will lie on a inmate. Citing B.O.P Vs. Milhouse Bey 652 F.2d 371 & Haines Vs. Kerner Supra & Wolff Vs. McDonnell 41 L.ED 2d 935 note #38 & Roth Vs. U.S. Parole Commission 724 F2d 836 and holding. Now comes, the moving party Plaintiff Minister of God R.V.Gadson and HOLY GHOST, currently before this Very Honorable Court Nancy Gertner. Relief Sought please issue show cause order & vacate set aside N.O.A dated 6/22/04. Plus issue Court Order to Warden Winn & USPC HQ ordering me discharge. As a matter of law, Weisgram Vs.Marley 145 L.ED 2d 958 Rule #50 DIRECT VERDICT FRCP.

PAGE #2. LEGAL EXH<u>IBI</u>T & ESTELLE Vs. SMITH
<u>68 L.ED 2d 359</u>, ON LYING NOTICE OF ACTION.

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Notice of Action on Appeal
SEE LAW DECISION <u>745 F.2d 677</u> THIS N.O.A IS ARBITRARY AND CAPRICIOUS AND MUST BE VACATE SET ASIDE. TO RELEASE ON PAROLE SEE <u>505 F2d 1212</u> INFRA,

Name: Gadson, Robert                                    Institution: Devens FMC

Register Number: 31101-066                              Date: June 22, 2004

The National Appeals Board examined the appeal of the above named and ordered the following:

Affirmation of the previous decision.

REASONS:

Although your appeal is rambling, incoherent in parts, and difficult to understand, it appears that you contest the accuracy of the Bureau of Prisons psychiatric assessment dated December 4, 2003, which contended that you were continuing to write inappropriate letters to various public figures, and that you were not taking your anti-psychotic and mood-stabilizing medications as directed. Your appeal is that the doctors who prepared this assessment were not telling the truth. You also appear to be arguing that, given the limited seriousness of the parole violations you committed, the Commission is keeping you in prison too long.

Your appeal does not have merit. Your continued mental instability was noted by the hearing examiner at your hearing on April 22, 2004, and no evidence was presented at that time which would indicate that you had, infact, been taking your prescribed medicine. Your appeal also presents no persuasive evidence that you have been taking your medication, and it does not indicate that your mental condition has improved. For example, your appeal challenges your salient factor score on the ground that you were pardoned by President Clinton. Your appeal also states that you desire a speedy parole because you are allegedly "on Top of the City Personnel Department Civil Service Hiring List to be hired as a Phila, PA, City Fireman." These fanciful and untrue contentions indicate that you continue to have a mental condition which will prevent you from adjusting to the basic requirements of parole supervision, without your cooperation in its successful, long-term treatment.

Your continued mental instability poses a very serious risk to society. You were originally sentenced to ten years for bank robbery in 1981. After your parole in 1986, you were convicted of bank robbery by force, violence, and intimidation, and received a 40-year federal sentence. You were paroled in 1997, but revoked in 1998 for sending a threatening letter to a judge. You have since then been paroled twice more and revoked twice more. Your letter-writing campaign to public officials indicates that you lack essential self-control over your fantasies and impulses. Although you present yourself in your appeal as an essentially harmless person seeking mercy from the Commission, your mental condition, and your proven capacity for violent crime, make you a serious threat.

Finally, the National Appeals Board confirms the request to the Bureau of Prisons for an updated psychiatric/psychological evaluation in time for the Commission's prerelease record review. The Commission must have written assurance that you are taking your prescribed medicine, and that your condition has improved significantly as compared with the assessment dated December 4, 2003, for your release on parole to be approved.

PAGE #3.

All decisions by the National Appeals Board on appeal are final.

Cc:



MEMORANDUM OF THE LAW
& POINTS OF LAW AND
RATIONALE
#2 SETS OF FACTS

Decision of S.CT citing 28 USC 1332 Law Diversity of Citizenship Law quoting Mutual National Insurance,Co Vs. Tidewater 1949 D.Md. Supra & holding and United States Infra, 1th U.S. Circuit, holding 28 USC 1332 Law, citing Venue Law 28 USC 1391 Law quoting S.CT Law Decision Stafford Vs. Briggs 100 S.CT 774 & 63 L.ED 2d 1 Law states this is the right Venue and D.MASSACHUSETSS Very Honorable Court Nancy Gertner has full power manifold inherent power and authority to grant all relief sought as a matter of law citing Title 28 USC 2241 Habeas Corpus Writ Law United States Vs. Hayman 1952 96 L.ED Supra Jones Vs. Cunningham 9 L.ED 2d 285 Habeas Corpus Writ can cut down iron bars. And bring out the prisoners,from all manners of illegal confinement as a matter of law. Re-quoting Benson Infra, 505 F.2d 1212 & Roth Vs. United States Parole Commission 724 F.2d 836 & holding Court can Act by Law Title 5 USC 706 and Vacate set aside parole order and order a inmate release from custody. By manifestation of manifold inherent power and authority to do justice. Citing 10th U.S.Circuit 1985 Joss Vs. U.S. Parole Commission Infra & holding,THE U.S. Parole Commission will illegal double range inmates parole guidelines. My case involve this, I am now only a violate of parole,for #1. Missing a Social Worker Appointment #2. Visiting family in Phila,PA and crossing a bridge from N.J. to PA, in same CA3 Court Area, so it was not no violation no way. Plus #3. allegedly not taking a pill, look I got high blood pressure, I always take my medication. I been in prison for nearly #5 years now for nothing. But wickedness and great evil by the parole commission staff and it is very stupid and ignorant, and reckless negligence under Popow Vs. Margate 476 F.Supp 1237. Violation of 42 USC 1986 Negilence, and 42 USC 1981 and 28 USC 1331 no Equal Protection of law for me by them. But out of mercy on them all,I now vacate set aside all criminal charges on them of D.MASS, State Law of Genocide Carrying Life for them and 18 USC 241 Life and 18 USC 242 Civil Rights Law Violation of conspiracy to deny me parole and Obstruction of Justice. Citing USA Vs. President Nixon 41 L.ED 2d 1039 & Griffen Vs. Beckenbridge 29 L.ED 2d 328 & USA Vs. Ellis 595 F2d 155 & 18 USC 1505 Indictment & Lawsuit drop on PAROLE COMMISSION IN EXCHANGE FOR IMMEDIATE RELEASE TODAY BY FAX ORDER OK NOW.

CONCLUSION RULE #52 F.R.CIV,P,LAW
FINDINGS OF FACTS AND CONCLUSIONS OF
THE LAW CITED
NUNC PRO TUNC 235 F.SUPP 325 & SUA SPONTE DIRECT VERDICT
RULE #50 FRCP LAW WEISGRAM Vs. MARLEY SUPRA
I HUMBLE MY SELF PLEASE GRANT IT
BEHOLD LOOK I PRAYED & SEE IT BY NUMBERS 23;19 &
MATT, 10;26 & JOHN 16;13 VERSE
CANON LAW
WE PUT THE DEVIL ON THE RUN BY LUKE 10;19 & ISAIAH 54;17

Citing 745 F.2d 677 Federal Reserve Bank Infra, 5 USC 706 Law & Scaggs Vs. Larsen 24 L.ED 2d Supra & Harris Vs. Nelson Supra & Rodriguez Supra 36 L.ED 2d 437 & Morrissery Vs. Brewer 33 L.ED 2d 484 Supra Impicit in the parole system the inmate must retain his liberty in wake of due process procedural safe GUARD. By S.CT Law Decision in Roth Supra 33 L.ED 2d 548 point of law note to #1 to #24. Accordingly it must be a in person court hearing in this case. Citing Bivens Vs. 6th Unknown Fed,s 29 L.ED 2d 619 & Meyers Vs. F.D.I.C Supra & holding. Therefore issue writ and please discharge me from Court House. My #2 D.MASS, Lawyers will see that I get home ok Very Honorable Court Nancy Gertner Federal Civil Rights Law, THE LAW IN BOSTON, AND STATE OF MASSACUSETTS.

RESPECTFULLY SUBMITTED

*Robert V. Gadson*  God CHild LAMB

REV, ROBERT V. GADSON, PARA-LEGAL, ADM,
UNIT N-5 F.M.C DEVENS #31101-066 ROOM #503
48 PATTON ROAD
P.O. BOX 879
AYER, MASSACHUSETTS 01432