UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT VINCENT GADSON,
               Petitioner,

v.

UNITED STATES PAROLE COMMISSION, et al.,
               Respondents.

Civil Action
No. 04-40125-NG

## ORDER

On June 30, 2004, Robert Vincent Gadson, an inmate at FMC Devens, filed a petition for a writ of habeas corpus challenging his denial of parole by the United States Parole Commission. Gadson names the Commission as well as a dozen other respondents, including the doctors who conducted psychiatric examinations of him as well as an attorney for the Commission. He did not submit the $5 filing fee for this action or an application to waive the filing fee.

ACCORDINGLY,

    (1) The Clerk shall correct the case caption in this action to reflect that David Winn, the warden of FMC Devens, is the sole respondent. Vasquez v. Reno, 233 F.3d 688, 694 (1st Cir. 2000) (a petitioner's legal custodian is the individual having day-to-day control over the facility in which petitioner is being detained), cert. denied, sub nom. Vasquez v. Ashcroft, 122 S. Ct. 43 (2001); cf. United States v. DiRusso, 535 F.2d 673, 676 (1st Cir. 1976) (custodian must be located within territorial confines of the district court).

    (2) Gadson shall pay the $5 filing fee for this action or submit an application to waive prepayment of fees within forty-two (42) days of the date of this Order;

    (3) the Clerk of Court is to serve a copy of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, by certified mail, upon (i) the office of the United States Attorney

and (ii) Warden David Winn, FMC Devens, P.O. Box 880, Ayer, MA  01432;

(4) the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241; AND

(5) The Clerk shall send Gadson an Application to Proceed Without Prepayment of Fees and Affidavit with a copy of this Order.

SO ORDERED.

 7/12/04                                                             s/ Nancy Gertner
DATE                                                             UNITED STATES DISTRICT JUDGE