-1-

JULY 1, 2004

RE: FAX COURT ORDER OF HON.D.MASS
TO F.M.C DEVENS MASS, CHIEF
WARDEN DAVID L. WINN

VERY HONORABLE FEDERAL CIVIL RIGHTS
UNITED STATES JUDGE NANCY GERTNER
THE GREAT & VERY HONORABLE CHIEF
CLERK OF COURT & VERY HON.CHIEF D.MASS
U.S.MARSHALS BOSS & CHIEF DEPUTY U.S.M

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MINISTER OF THE LIVING LORD
GOD ALMIGHTY & HOLY GHOST
REV,R.VINCENT GADSON,GOD CHILD
LAMB & PARA-LEGAL ADMINISTRATOR.

PLAINTIFF
Vs.

U.S.PAROLE COMMISSION ET AL
C.E.O MICHAEL GAINES & U.S.
PAROLE HQ STAFF LAWYER MICHAEL
STOVER & NATIONAL PAROLE APPEAL
BOARD FULL COMMISSIONER PANEL &
EDWARD REILLY U.S.PAROLE HQ
COMMISSIONER & COMMISSIONER
SIMPSON & NORTH EAST REGIONAL
PAROLE HQ COMMISSIONER & ET AL
B.O.P F.M.C DEVENS WARDEN
DAVID L. WINN, AYER,MASS, AND
ET AL UNITED STATES OF AMERICA
AND GENERAL COUNSEL LAWYER

DEFENDANTS

DOCKET NUMBER # _____
SUPPLY BY COURT CLERK

MOTION BEFORE HONORABLE COURT GERTNER
PLEASE ISSUE A D.MASS,BOSTON U.S.COURT
ORDER TO F.M.C DEVENS AYER,MASS CHIEF
WARDEN DAVID L. WINN & A.W.WARDEN RICK
HARNS & A.W. WARDEN MEDICAL BRIAN HERT-EL &
CAPTAIN M.A. BOLLINGER & MY UNIT MANAGER
JOHN D. COLAUTTI #978-796-1000,EXT 1367 &
CASE MANAGER LADY CARRIE QUERINO EXT,#1365 &
MAIL ROOM, R.&.D & RECORD OFFICE MANAGER MR.
STEVE GAGNON. THAT I REV,ROBERT VINCENT
GADSON IS GRANTED COMPLETE AND ABSOLUTE
WRIT OF HABEAS CORPUS RELIEF AND DISCHARGE
UP OUT PRISON. AS A MATTER OF LAW QUOTING
RULE #50 F.R.CIV,P,LAW DIRECT VERDICT AND
CITING UNITED STATES SUPREME COURT
JUDGMENT LAW DECISION CONTROLLING LAW ON
ALL NEW DIRECT VERDICTS WEISGRAM Vs.MARLEY
145 L.ED 2d 958 YEAR 2000 A.D. HOLDING
UP HELD,AS A MATTER OF CONTROLLING S.CT LAW.

MOTION BEFORE VERY HONORABLE COURT GERTNER RULE #78 &
INCORPORATED DUAL MOTION FOR DIRECT VERDICT RULE #50
SUA SPONTE NUNC PRO TUNC 235 F.SUPP 325 & A CALL FOR A D.MASS BOSTON (USSS)
U.S.SECRET SERVICE GOV,AGENTS UNIT TASK FORCE COMPLETE BIG WHOLE PERFECT &
FACT FINDING INVESTIGATION TO VERY ROOTS OF MATTER OF MY WHITE HOUSE U.S.
PARDON BY BILL CLINTON IN 1996. BUT FIRST START WITH CONTACT THE WHITE LADY
BOSS SUPERVISOR OF THE SPRINGFIELD MISSOURI U.S.COURT U.S.SECRET SERVICE
OFFICE AND SHE WILL TELL YOU BY PHONE HER AND #10 GOV,AGENTS CAME TO PICK ME
UP BUT B.O.P STAFF WOULD WAS SO CORRUPTED UNTIL THEY FAILED TO SECURE ME OUT
JAIL BY WHITE HOUSE PARDON AND IT WAS A VIOLATION OF 18 USC 1505 CITING USA Vs.
U.S.PRESIDENT NIXON 41 L.ED 2d 1039.SO ARREST ONLY U.S.P.C STAFF BECAUSE THEY
KNOW ALL ABOUT IT AND DISCHARGE ME OR DROP CHARGES ON THEM FOR
MY COMPLETE DISCHARGE &
I AM PARDON ANYWAY COURT

Attention Very Honorable Court citing B.O.P Vs. Minister Milhouse Bey
652 F.2d 371 However inartfully pleaded,case must still be granted. Citing
Haines Vs. Kerner SUPRA & Wolff Vs. McDonnell 41 L.ED 2d 935 Law Point Note 38.

-2-

## RULE #78 MEMORANDUM OF LAW

### 28 USC 2241 CASE LAW

The U.S. District Court properly decided to dispense with oral argument and rule on motions. Quoting <u>Yusov Vs. Yusuf CA9 892 F.2d 784 and 421 F2d 163 334 F.2d 464 & Morrow Vs. Topping 437 F.2d 1155.</u>

Quoting Title 28 USC 2241 Complete and Absolute Discharge from Custody Law. Citing <u>Preiser Vs. Rodriguez 36 L.ED 2d 439 & 21 L.ED 2d 718 Johnson Vs. Avery & Peyton Vs. Rowe 20 L.ED 2d 426 & holding.</u> Wherefore in conclusion please have the D.Boston Massachusetts U.S. Marshals Service to pick me up this Friday July 2,2004 and please discharge me from U.S. Court House. My #2 Lawyer 617-523-1500 Attorney Nicole Inglese and Attorney Chris Lavery will be with me then in Boston.

<u>EXECUTED & FILED IN VERY HONORABLE BOSTON,MASS, U.S.COURT HOUSE</u>

*July 1, 2004 Filed*

<u>DATE FILED & SIGNED</u>

RE: HAPPY 4th OF JULY 2004 HOLIDAY SEASON & I LIKE THE U.S.MARSHALS D.MASS & YOU ALL & GOD BLESS YOU ALL IN THE POWER OF THE HOLY GHOST ACTS 1;7,8

RESPECTFULLY SUBMITTED & FILED

*Rev R.V. Gadson God Child Lamb*

REV,ROBERT V. GADSON,PARA-LEGAL,ADM,
UNIT N-5 F.M.C DEVENS REG,#31101-066
48 PATTON ROAD
P.O. BOX 879 ROOM #503
AYER,MASSACHUSETTTS 01432

RE: WATCH YOUR VISION DREAM FROM GOD & JESUS TALKING TO YOU IN BED & MID-DAY TRANCE OK. SEE NUMBERS 12;6 & NUMBERS 23;19 & JOHN 16;13 & MATT,10;26 & ACTS 2;17. Also God will vertify and confirm to you all, I am pardon and and kip-nap in prison, and its genocide carrying life for Warden Winn. Plus order him to discharge me or indict him but first pull me out here ok.