AUGUST 9,2004 FILED

VERY HONORABLE FEDERAL CIVIL RIGHTS
U.S. JUDGE NANCY GERTNER, DRUM MAJOR
FOR JUSTICE

RE: FAX OUT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT VINCENT GADSON, EX-PHILA,
PA POLICE BADGE #160 LAW MAN           :   DOCKET #04-CV-40125

    PETITIONER                          :   MOTION INCORPORATED FILED BEFORE HON.
                                            COURT GERTNER MOTION TO END ALL PLEADINGS
    Vs.                                     #10.00 DAYS EARLY. THE PLEADING ORDER
                                        :   STARTED TO BE FILED BY COURT ORDER DATED
                                            JULY 30,2004. WENT INTO EFFECTIVE HAS NOW
WARDEN DAVID L. WINN ET AL U.S.             CHANGED FROM #20.00 DAYS TO #10.DAYS NOW.
PAROLE COMMISSION HQ STAFF &                BUT THE MOVING PARTY PETITIONER
ET AL UNITED STATES                     :   PLAINTIFF NOW AMEND THE CASE BY RULE
                                            #15-(d) F.R.CIVIL P,LAW  TO #10.DAYS.
    DEFENDANTS                          :

                                            SO THEREFORE HONORABLE COURT GERTNER
                                        :   PLEASE EFFECTIVE TODAY PROCEED ON
                                            FORWARD AND RULE ON ENTIRE CASE TODAY.

                                        :   RELIEF SOUGHT ORDER ME DISCHARGE FORTH
                                            WITH EFFECTIVE RIGHT NOW IMMEDIATELY
                                            TODAY BY #1. PAROLE OR #2  ABSOLUTE
                                        :   COMPLETE HABEAS CORPUS WRIT RELIEF AND
                                            DISCHARGE. QUOTING UNITED STATES Vs.
                                            HAYMAN 96 L.ED SUPRA & HOLDING

                                        :

                                        :

ISSUE FEDERAL UNITED STATES COURT ORDER RIGHT NOW

Court properly decided to dispense with oral argument and rule on Motion Rule #78 F.R.CIV,P,LAW & Rule #15 Motion for amendment to case, citing Yusov Vs. Yusuf 892 F.2d 784. Citing Meredith Vs. United Air Lines 1966,41 F.R.D.34. Quoting Marshall Vs. Mulrenin D.MASS 1974, 508 F.2d 39 & Citing Weisgram Vs. Marley 145 L.ED 2d 958 Rule 50 FRCP Direct Verdict Sua Sponte Nunc Pro Tunc 235 F.Supp 325 Atlantic Rail Road, INFRA & Holding. In conclusion all pleadings has now ended and its now time for Hon. Court Gertner to issue Court Order Now.

SIGN BY _____
ROBERT V. GADSON #31101-066 MINISTER
P.O. BOX 879 UNIT N-2 & CELL #219
AYER, MASS, 01432
#609-871-1333 & 871-4612 BRO, GLENN