8/30/2004

RE: FAX OUT
WARDEN ZENK
718-840-4200+
LT. W. IKINSONS
MR. WILLIAMS + MR.
TAYLOR UNIT MGR

VERY HONORABLE U.S.
FEDERAL JUDGE D.
BOSTON, MASS NANCY GERTNER
E.D.N.Y. U.S. JUDGE
NICHOLAS + HON. CLERK
E.D.N.Y. CHIEF FEDERAL
DEFENDER

UNITED STATES DISTRICT COURT
DISTRICT BOSTON, MASS

Robert V. Gadson, Ex-
Phila, PA POLICE P.HA BADGE
#160 LAW MAN

PLAINTIFF
VS.

WARDEN DAVID L. WINN
ETAL NEW BOP WARDEN
MICHAEL A. ZENK +
ETAL U.S. PAROLE HQ +
ET AL
DEFENDANTS

Docket #04-40125

. MOTION BEFORE COURT
. RULE #15-d AMENDMENT
. TO CASE + RULE 18+19
. JOINDER TO CASE
. BROOKLYN N.Y. U.S.
. PRISON WARDEN ZENK

. RELIEF SOUGHT I
. TRUST BY NOW YOU
. GOT YOUR BLESSING
. FROM THE TREASURY U.S.
. NOW ORDER ME
. DISCHARGE TO WARDEN
. ZENK. PLUS BY LAW
. ENTER IN COURT RECORD
. DISCHARGE GADSON AND
. TRANSFER CASE TO
. E.D.N.Y WITH ORDER OF
. DISCHARGE 28 USC 1404

HABEAS RELIEF MOTION FILED DISCHARGE ME NOW
QUOTING HAINES VS. KERNER SUPRA
652 F2d 371 + 41 L.Ed 2d 935 NOTE 38 +
RULE #50 DIRECT VERDICT 145 L.Ed 2d 958
SUA SPONTE U.S. VS. HAYMAN SUPRA

Page #2

CONCLUSION FRCP LAW RULE #52 COURT OPINION OF CASE + FINAL ORDER

MoM's 609-871-1333

PLUS OR ORDER PAROLE HO TO RELEASE ME OR, PLAINTIFF SEEK COMPLETE AND ABSOLUTE HABEAS CORPUS RELIEF SEPARATION FROM GOV CUSTODY AFTER #27 YEARS OF BEING IN PRISON ILLEGALY Quoting 90 L.Ed 2d 519 + 101 L.Ed 2d 857 + Holding SCASS VS. LARSEN 24 L.Ed 2d supra. PLEASE discharge me 9/3/04 SIGN BY ATTORNEY REV, DR. R.V. Gadsen, Ph.D + J.D. 31101-066 UNIT 8-K-3 M.D.C. BROOKLYN JAIL P.O. BOX 329002 BROOKLYN, NEW YORK CITY, NY 11232