```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **ROBERT VINCENT GADSON,**      )<br>     Petitioner,            )<br>                                )<br>     v.                         )<br>                                )<br>**DAVID WINN, Warden, FMC**     )<br>**Devens,**                     )<br>     <u>Respondent.</u>          ) | Civ. No. 04-40125-NG |

**GERTNER, D.J.:**

## MEMORANDUM AND ORDER
### September 7, 2004

Petitioner Robert Vincent Gadson ("Gadson") filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking to contest the United States Parole Commission's ("Commission") decision to deny Gadson parole based on its determination that he would be a serious risk to the community.

The Commission is mandated by statute to determine whether Gadson's release would jeopardize the public welfare. <u>See</u> 18 U.S.C. § 4206(a)(2). In reaching its determination in May 2004, the Commission properly considered a December 2003 evaluation from a psychiatrist that described Gadson's inconsistency in taking his medications, his persistent writing of disturbing letters to various officials, and that psychiatrist's recommendation against Gadson's release on parole. Gadson has failed to show that the Commission violated the law in denying

him reparole or that the Commission lacked evidence to support the determination that he poses a serious risk to the public.[1]

Gadson's petition is therefore **DISMISSED**.

**SO ORDERED.**

Dated: September 7, 2004                s/NANCY GERTNER, U.S.D.J.

---

[1] In fact, it is worth noting that Gadson's submissions in this case lend support to the Commission's determination. Among other things, Gadson has repeated in his filings with this Court the claim that he was granted a pardon by President Bill Clinton. In letters to a federal district court judge and an Assistant United States Attorney in 2000, Gadson indicated that he can carry a gun again following alleged pardons by President Clinton and several governors.