UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| ROBERT VINCENT GADSON,   | ) |
| Petitioner,              | ) |
|                          | ) |
| v.                       | ) Civ. No. 04-40125-NG |
|                          | ) |
| DAVID WINN, Warden, FMC  | ) |
| Devens,                  | ) |
| Respondent.              | ) |

GERTNER, D.J.:

## ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum and Order, Robert Vincent Gadson's petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED**.

**SO ORDERED.**

Dated: September 7, 2004                s/NANCY GERTNER, U.S.D.J.